

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00710-CR

Daniel **WEBSTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2112A
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief on or before January 9, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court